# EXHIBIT 1



US00D581276S

(12) **United States Design Patent**
Kuzma et al.

(10) Patent No.: **US D581,276 S**
(45) Date of Patent: ** **Nov. 25, 2008**

(54) **BOTTLE**

(75) Inventors: **Gene J. Kuzma**, Powell, OH (US);
**Elizabeth T. Tkacheff**, Columbus, OH
(US)

(73) Assignee: **GK Packaging, Inc.**, Plain City, OH
(US)

(**) Term: **14 Years**

(21) Appl. No.: **29/265,088**

(22) Filed: **Aug. 24, 2006**

(51) LOC (8) Cl. ..................................................... **09-01**
(52) U.S. Cl. ........................................ **D9/522; D9/575**
(58) **Field of Classification Search** ................. D9/682,
D9/685, 516, 522–523, 529–530, 537–540,
D9/543, 549, 575; 215/381–385, 696, 398
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D28,182 S | 1/1898 | Whitall | |
| D52,472 S | 9/1918 | Corey | |
| D94,189 S | 1/1935 | Cassedy | |
| D97,178 S | 10/1935 | Clevenger | |
| D106,370 S | 10/1937 | Pancoast | |
| D106,628 S | 10/1937 | Leach, Jr. | |
| 2,586,687 A | 2/1952 | Mellon | |
| 3,342,379 A * | 9/1967 | Foley | 222/173 |
| D209,097 S * | 10/1967 | Stehl | D9/516 |
| D214,554 S | 7/1969 | Oltman et al. | |
| 3,874,562 A | 4/1975 | Hazard | |
| D247,221 S | 2/1978 | Landor et al. | |
| D248,088 S | 6/1978 | Britt | |
| D256,555 S | 8/1980 | Beeman | |
| D261,107 S | 10/1981 | Harris | |
| D263,281 S | 3/1982 | Smith | |
| D266,990 S | 11/1982 | Cook | |
| D268,647 S | 4/1983 | Kingsford | |
| D273,564 S | 4/1984 | Spielhoff | |
| D281,863 S | 12/1985 | Beechuk et al. | |
| D306,695 S | 3/1990 | Smith | |
| D310,329 S | 9/1990 | Schmidt | |
| D317,259 S | 6/1991 | Schmidt | |
| D322,937 S | 1/1992 | Dinand | |
| D324,820 S | 3/1992 | Hayman et al. | |
| D324,998 S * | 3/1992 | Klapwald | D9/575 |
| D336,246 S | 6/1993 | Narvaez | |
| D347,388 S | 5/1994 | Crawford | |
| D347,389 S | 5/1994 | Crawford | |
| D347,794 S | 6/1994 | Lewis | |
| 5,392,937 A | 2/1995 | Prevot et al. | |
| D356,038 S | 3/1995 | Biesecker | |
| D368,859 S | 4/1996 | LoPreto | |
| 5,542,585 A | 8/1996 | Peters et al. | |
| D381,895 S * | 8/1997 | Cheng | D9/529 |
| D392,897 S | 3/1998 | Biesecker et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

GB          2031463          * 11/1993

*Primary Examiner*—Carol Rademaker
(74) *Attorney, Agent, or Firm*—Dinsmore & Shohl LLP

(57) **CLAIM**

The ornamental design for a bottle, as shown and described.

**DESCRIPTION**

FIG. 1 is a front elevation.

FIG. 2 is a rear elevation.

FIG. 3 is a left side elevation.

FIG. 4 is a right side elevation.

FIG. 5 is a perspective view of the front and right side.

FIG. 6 is a perspective view of the front and left side.

FIG. 7 is a perspective view of the rear and right side.

FIG. 8 is a perspective view of the rear and left side; and,

FIG. 9 is a top plan view.

The broken lines of a bottle cap shown in all drawing views
are included for the purpose of showing environmental struc-
ture that forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D395,396 S | 6/1998 | Kuzma et al. | |
| D396,191 S | 7/1998 | Kuzma et al. | |
| D398,853 S * | 9/1998 | Phillips | D9/526 |
| D403,592 S | 1/1999 | Everard et al. | |
| D408,740 S | 4/1999 | Jones et al. | |
| D409,092 S | 5/1999 | Beasley | |
| D412,851 S | 8/1999 | Nosella | |
| D413,807 S | 9/1999 | Mikla | |
| 5,954,213 A | 9/1999 | Gerhart et al. | |
| D415,037 S | 10/1999 | Pritchard et al. | |
| D423,370 S | 4/2000 | Lewin | |
| D424,448 S | 5/2000 | Weber | |
| D425,429 S * | 5/2000 | Weber | D9/529 |
| D428,343 S | 7/2000 | Waitzenegger | |
| D428,578 S | 7/2000 | Waitzenegger | |
| D433,637 S | 11/2000 | Hailey et al. | |
| D439,518 S * | 3/2001 | Gavin | D9/523 |
| D439,843 S | 4/2001 | Dalmau | |
| D444,390 S | 7/2001 | Kokenge et al. | |
| D448,678 S | 10/2001 | Bakic | |
| D448,999 S * | 10/2001 | Weber | D9/529 |
| D450,597 S | 11/2001 | Bobchenok et al. | |
| 6,321,923 B1 | 11/2001 | Wood | |
| D452,157 S * | 12/2001 | White et al. | D9/523 |
| D457,069 S | 5/2002 | Palaia | |
| D459,996 S * | 7/2002 | Kuzma et al. | D9/549 |
| D463,747 S * | 10/2002 | Peon et al. | D9/543 |
| D471,111 S | 3/2003 | Weaver et al. | |
| D472,154 S * | 3/2003 | Peon et al. | D9/543 |
| D480,002 S * | 9/2003 | Canepa | D9/522 |
| D496,867 S | 10/2004 | Kuzma et al. | |
| D497,312 S * | 10/2004 | Anderson et al. | D9/522 |
| D500,954 S | 1/2005 | Kuzma et al. | |
| D501,141 S | 1/2005 | Bakic | |
| D502,400 S | 3/2005 | Cinquino et al. | |
| D505,079 S | 5/2005 | Mulder et al. | |
| D513,993 S * | 1/2006 | Boyd | D9/529 |
| D514,448 S | 2/2006 | Kuzma et al. | |
| D521,386 S | 5/2006 | Priestman | |
| D525,872 S | 8/2006 | Haubert et al. | |
| D525,873 S | 8/2006 | Haubert et al. | |
| D526,200 S * | 8/2006 | Bakic | D9/521 |
| D527,636 S | 9/2006 | Bakic | |
| D529,388 S | 10/2006 | Bakic | |
| D529,810 S | 10/2006 | Davies et al. | |
| D535,887 S | 1/2007 | Haubert, III et al. | |
| D535,888 S | 1/2007 | Kuzma et al. | |
| D535,891 S | 1/2007 | Varlet | |
| D541,162 S | 4/2007 | Pleines et al. | |
| D551,555 S | 9/2007 | Escobosa et al. | |
| D553,001 S | 10/2007 | Granitz | |
| D558,575 S * | 1/2008 | Van Der Krogt et al. | D9/522 |
| D559,114 S | 1/2008 | Breitlander | |
| D562,139 S * | 2/2008 | Crabtree et al. | D9/522 |
| D562,140 S * | 2/2008 | Crabtree et al. | D9/522 |
| D563,793 S | 3/2008 | Nomoto | |
| D567,664 S | 4/2008 | Rica | |
| D569,730 S * | 5/2008 | Crabtree et al. | D9/522 |

* cited by examiner



Fig. 1



Fig. 2



Fig. 3          Fig. 4



Fig. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9